## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Marie Burrell, | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.:  1:16-cv-00488-WCO- |
| v. | : WEJ |
| | : |
| Financial Asset Management Systems, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 29, 2016

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Marie Burrell
LEMBERG LAW L.L.C.
43 Danbury Road, Third Floor

Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 29, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg_____

                                          Sergei Lemberg