UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

Marie Burrell,

                Plaintiff,

v.

Financial Asset Management Systems, Inc.; and DOES 1-10, inclusive,

                Defendants.
_____

: CIVIL ACTION No.: 1:16-cv-00488-WCO-WEJ

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Marie Burrell and Defendant, Financial Asset Management Systems, Inc., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff, Marie Burrell, dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared

with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 5th day of December 2016.

| **LEMBERG LAW, LLC** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| */s/ Sergei Lemberg, Esq.* | */s/ Jonathan K. Aust, Esq.* |
| Sergei Lemberg, Esq. | Jonathan K. Aust, Esq. |
| Attorney Bar No.: 598666 | Georgia Bar No. 448584 |
| Attorney for Plaintiff Marie Burrell | John H. Bedard, Jr., Esq. |
| | Georgia Bar No. 043473 |
| 43 Danbury Road, 3rd Floor | Attorneys for Defendant Financial Asset |
| Wilton, CT 06897 | Management Systems, Inc. |
| Telephone: (203) 653-2250 ext. 5500 | |
| Facsimile: (203) 653-3424 | 2810 Peachtree Industrial Blvd., Suite D |
| Email: slemberg@lemberglaw.com | Duluth, GA 30097 |
| | Telephone: (678) 253-1871 |
| | Facsimile: (678) 253-1873 |
| | Email: jaust@bedardlawgroup.com |
| | jbedard@bedardlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jonathan K. Aust, Esq.
John H. Bedard, Jr., Esq.
BEDARD LAW GROUP, P.C.
2810 Peachtree Industrial Blvd., Suite D
Duluth, GA 30097
Attorneys for Defendant Financial Asset Management Systems, Inc.

                                                     */s/ Sergei Lemberg, Esq.*
                                                     Georgia Bar No. 598666
                                                     Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424